UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET NO. 16-cr-00133(2) |
| VERSUS | JUDGE HICKS |
| DELTON WILLIAMS, JR. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant Delton Williams, Jr. on October 25, 2016 before Magistrate Judge Mark L. Hornsby is accepted by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED at Shreveport, Louisiana, this __31st__ day of __October__, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE